**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.   WILLIAM RASBERRY, )<br>)<br>         Plaintiff, )<br>)<br>v.                                      )<br>)<br>1.   CHUY'S OPCO, INC., )<br>)<br>         Defendant. ) | Case No. CIV-13-1356-D |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 4th DAY OF AUGUST, 2014.**

| | |
|---|---|
| s/ Amber L. Hurst | s/ Sam R. Fulkerson |
| Mark Hammons, OBA No. 3784 | (*Signed by filing counsel with permission of Mr. Fulkerson*) |
| Amber Hurst, OBA No. 21231 | Sam R. Fulkerson, OBA No. 14370 |
| HAMMONS, GOWENS, HURST & ASSOCIATES | Joshua A. Cline, OBA No. 30047 |
| 325 Dean A. McGee Avenue | McAFEE & TAFT |
| Oklahoma City, Oklahoma 73102 | A Professional Corporation |
| Telephone: (405) 235-6100 | Tenth Floor, Two Leadership Square |
| Facsimile: (405) 235-6111 | 211 North Robinson Avenue |
| Email: Amberh@hammonslaw.com | Oklahoma City, Oklahoma 73102-7101 |
| *Counsel for Plaintiff* | Telephone: (405) 235-9621 |
| | Facsimile: (405) 235-0439 |
| | Email: sam.fulkerson@mcafeetaft.com |
| |        josh.cline@mcafeetaft.com |
| | *Counsel for Defendant* |